# CONSULTORA JURIDICA
# ESCOBAR & ASOCIADOS

| Av. Amazonas N.26-179 y Av. Orellana | Teléfonos: | 2552-012 |
|---|---|---|
| Edif. Torre Alba. Piso 9. Of. 902 | | 2542-418 |
| Correo Electrónico: arturo.escobart@hotmail.com | Fax: | 2239-228 |

Honorable Judge
**CECILIA M. ALTONAGA**
**District Court Judge of the United States South Florida district**
400 NORTH Miami AVE., courtroom 12-2
Miami, Fla. 33128

Arturo Alfredo Escobar Trivino, Ecuadorian of birth, with citizenship card No. 1704104817, lawyer in free professional practice, with a background of 38 years, defending different legal matters from the corporate, civil and criminal areas; and, it has been precisely the professional development of my life that has allowed me to succeed and more importantly to raise my family.

In the course of my professional life, I have worked in different public and private institutions such as: Ministry of Finance, Price Regulation Superintendence, Ministry of Labour, Ministry of Social Welfare, Honorable National Congress of Ecuador Republic, Ministry of Public Health in the program MODERSA. In the private field I have been adviser to transport, housing, savings and credit associations. I was an adviser to the National Federation FENACOTIP, National Federation of Fuel Distributors FENDISDEPE, adviser to the Company Oils and Services P&S, and currently I exercise my profession in a particular way, in my law firm located in the city of Quito, in the streets Amazonas 26-179 and Av. Orellana, Quito.

On January 14th, 1984, I was blessed to be the father of a child who would take the name of Arturo Alfredo Escobar Dominguez, the one who filled my life with joy and hope, a new reason to live and endeavor to make a special being for me out of him. I knew it was the most wonderful blessing God could give me. Being a father awakened in me a responsibility and joy of living which words cannot express.

When some circumstances in life came up, in the year of 1985, the divorce between us his parents occurred, without this being an obstacle in our relationship, because we always had a special relationship, and we were together as father and son at all circumstances. The time came when his mother decided that my son would come to live definitively with me, decision by which I felt immensely blessed, because my happiness was completed, being part of my home; this happened when Arturo was six years old. We would no longer spend only weekends together but at all the time. In the year 1989, I had already formed a new stable relationship, which is why my son Arturo became a vital part of our lives. He had a Christian formation, with respect to God, honoring his parents and his fellow men, with values that I was able to convey in him, the same ones that never cause any motives for complaints against him.

His childhood and adolescence went by in a normal way, with the mistakes and mischiefs of a child and teen, standing out as a student, exemplary friend, getting along very well with all his relatives, such as his uncles and cousins with whom he was like a brother. I never received any complaints from him or from teachers or people who knew him, moreover, I could say that he has even stood out in the Christian community where the family attended for nearly thirty years. He has always stood out for social work, because he liked to visit shelters and orphanages.

# CONSULTORA JURIDICA
# ESCOBAR & ASOCIADOS

| | | |
|---|---|---|
| **Av. Amazonas N.26-179 y Av. Orellana** | **Teléfonos:** | **2552-012** |
| **Edif. Torre Alba. Piso 9. Of. 902** | | **2542-418** |
| **Correo Electrónico: arturo.escobart@hotmail.com** | **Fax:** | **2239-228** |

During his life in college he carried it peacefully, in such a way that he completed his career at the age of 23, becoming a young professional, and then he obtained a diploma, to continue his professional life in several public institutions, reasons for which I have felt very proud of him.

In the year 2013 he got married, forming his own family, out of this union I have the blessing of being the grandfather of two valuable treasures that have become the most precious legacy that God gave me. He's a wonderful father, entirely devoted to his children.

The love I have towards my son cannot be described, but I'm doing my best to achieve it, so that your Lordship may have an idea. I can say that through him I have had the greatest feeling since his birth, God gave me the grace and blessing of being able to develop myself as a person, as a father.

On regard of the hardship that my son Arturo is passing through, I must say to your Honor that I have plain understanding of this matter, and I have talked about it with my son because as a professional free-exercise lawyer, I went along with his cousin, and assumed his defense when the problem began in this country. Thereafter, to not hinder the technical defense in the case of my son, I decided to withdraw from his defense, by not getting the results that I expected, as it is recorded in the file case here in this country, my defense was always focused on showing that the money my son received was returned in full.

Days before the problem was brought to public light I had the opportunity to talk with my son and in that conversation prevailed sincerity first of all. It was then that my son told me what he knew about the problem and the circumstances in which he participated; however, knowing the way of acting of my son, since he was a little child and knowing that in his heart there has never been evil, more than surprise me and astonish me, made me realized that what he did was more than a mistake. It was the product of the pressure that his Authorities surely exerted on him at the job that was carrying out at that time, which is why I understood that the money he received at the outset, he returned it as donations trying this way to clean his conscience as he never agreed to what he had done.

I must clarify to your Honor that despite having known the problem of my son as I said in previous lines, days before the problem was in public light, I could never tell anyone, firstly by professional confidentiality client-lawyer and secondly because of the huge love I have for my son.

By maintaining conversations with my son about the current problem of the legal processes he held in Ecuador and the legal issue in the United States has caused a serious problem in his person as well as in his family, generating an uncertainty on what could happen to him, and his family, this is with his wife and especially his two little children. For he is aware that a bad decision affected his whole life, and his family situation is even more worrying due to the future of his children.

# CONSULTORA JURIDICA
# ESCOBAR & ASOCIADOS

**Av. Amazonas N.26-179 y Av. Orellana**       **Teléfonos:**    **2552-012**
**Edif. Torre Alba. Piso 9. Of. 902**                                              **2542-418**
**Correo Electrónico: arturo.escobart@hotmail.com**     **Fax:**        **2239-228**

As a father I feel very worried about his well-being and not knowing what will happen to him and his life as well as his wife, and my grandchildren; because being away from them and only keeping phone conversations is difficult for me to know what their real situation is.

In regard of my son, I must tell your Honor that since childhood he was always characterized by being cheerful, mischievous and loving. Over time he acquired values that made him worthy of respect and affection of all who know him. He always stood out for being an honest, serious, good student and great professional when he was able to exercise his career both in public and private fields.

His way of being was always caring about others, therefore from an early age he liked to help others, doing charitable works, donations, etc. For example, he attended nursing homes or shelters, as well as orphanages where he contributed with food, clothing and even participated in theatre to brighten up the lives of those in need. Since childhood he was taught Christian values, which always develop, so God has been a whole in his life.

Your honor, my son just like the rest of people is not perfect and surely committed and will continue to make many mistakes in his life, however as a father I can and must say that he is an upright person, whom now by the consequence of his mistakes is going through the worst moment of his life, that directly hurt his family, both his wife and children, as well as those who cannot be near him for the circumstances that are known.

Your Honor, I appeal to your good heart and ask you to act by the law but also look with benevolence and clemency to his wife and children, and don't let them experience the loneliness and emptiness of having his husband and father into this difficult circumstance, and even worst to see him behind bars.

Not knowing what will happen with his wife, who has neurological problems as a result of this, as well as their children. When the time comes, in the case he would have to pay his mistake with jail. Please take into account that he has a lifetime ahead and surely all he has gone through has taught him to differentiate good from bad. And value more those who are near, understanding that all his actions not only affect his life but the lives of those around him.

Your Honor, as a father I can only ask you to take into account my words embodied in this paper, and that if you consider it pertinent to give a new opportunity to my son, so he can learn from his mistakes and he may not be set aside from his family and we may not have to see or imagine him in prison, since no father wants that for his children.

For this reason, I ask you again to have clemency and above all have mercy on my son and impose any sanctions that you deem appropriate. But please, he may not go to prison.

To finish this letter, your Honor, I dare say that my son fully learned the lesson and that before doing anything that he believes or thinks is wrong he will analyze it twice and even three times. For all this time of anguish, uncertainty and nervousness, from my point of view, has been a fair and deserved punishment for what he has done.

# CONSULTORA JURIDICA
# ESCOBAR & ASOCIADOS

| | | |
|---|---|---|
| Av. Amazonas N.26-179 y Av. Orellana | Teléfonos: | 2552-012 |
| Edif. Torre Alba. Piso 9. Of. 902 | | 2542-418 |
| Correo Electrónico: arturo.escobart@hotmail.com | Fax: | 2239-228 |

Trusting in your good judgment, and that God will be working in your good heart when dictating the respective sentence. I send you my best regards, thanking you for the time that you have surely spent reading this letter.

Sincerely yours,

Arturo Alfredo Escobar Trivino

# MARIELA POLA RUIZ PAZMINO

**Honorable Judge**
**CECILIA M. ALTONAGA**
**District Court Judge of the United States South Florida district**
**400 NORTH Miami AVE., courtroom 12-2**
**Miami, Fla. 33128**

My name IS MARIELA POLA RUIZ PAZMINO, born in Guayaquil-Ecuador, on 24 January 1959, I am currently 59 years old, marital status married, my profession Accounting Secretary-Assistant, I am a housewife, by this I want to express that I have dedicated my time to my home and to the formation of my children and devotion to my husband.

Your Honor I must say that for 59 years I've belong to the Christian family, place where God has allowed me to be part in each and every one of his activities such as being Pastor-Director of the Roldos Headquarters in the city of Quito for 3 years, Pastor-Director of the Triunfo Zone in Quito for 6 years, Women's Leader Ministry on several occasions in the Cotocollao headquarters of the city of Quito, Volunteer of the Sembrador Foundation; and I have followed leadership training courses to become a part time missionary. For these 29 years under God's service have been wonderful, thanks to them my family is involved in this beautiful Christian family.

I must also express to your Honor that in the month of April of 1989, I married who is now my husband Arturo Alfredo Escobar Trivino, father of Arturo Escobar. I had two children from my previous marriage in which I widowed 4 years before and my husband had a child who lived with his mother, once he got divorced.

Shortly after our marriage, Arturo Escobar, my husband's son, came to live with us, which allowed our three children to love each other and become like real brothers, growing up together. We have overcome any family problem with love and comprehension.

My husband has always been the support of my family, he has meet all our needs for our children and me.

Our family is some special but very precious and is cause of astonishment and admiration for those who have known us. Since the beginning I always took my three children to church, so they have developed like God's true children.

Arturo has been part of the Christian Ministries: Children and Youth Ministry; being their active leader. For me Arturo has been, is and will continue to be my little one or Enano as we call him. It has been a whole life together, we have shared dreams, happiness, sorrows and sometimes I had to be part of his pranks, but he has fulfilled my life with happiness. For me he has been a great blessing in my life. I love him with all my heart, God knows that it's the pure truth. Although he is not my son by blood, neither was born from my womb, he is my son by heart. I was blessed being capable of nursing him, teach him and guide him. Since little he was very docile, easy to reach, a child who in school carried out his activities restless but always keeping respect and values.

### MARIELA POLA RUIZ PAZMINO

As time goes by, I have nothing to complain about, for he has been a loving, respectful, caring adolescent that worried about everyone, even of those he did not know but were going through difficult circumstances. As a young man he was always aware of the smallest details. His student life, without being easy or excellent, was quite good, so that's why he finished college before the age of 23 and obtained a diploma with honors.

In each moment of his life he shared with us the opportunity of being always by his side, he never left his family aside, nor his mother who he always cherished and cared for all her needs.

At the age of 25 he decided to become independent and this caused great pain in our hearts, but that's how life is and so he had to sail, he started working in several institutions of the Ecuadorian State, but at the same time it also was of great joy that with his initial incomes he was able to care for all, with small presents that he gave us at suitable moments.

In 2013 he got married and God gave him two precious blessings Juan Martín and Joaquín, my precious and beloved grandchildren who became part of our family that each time grew even more. And yes that's how I consider my grandchildren your Lordship, because in my heart I carry them deeply, including them I already have six beautiful grandchildren.

As you may know, the problem that Arturo is going through is not easy, rather it is quite serious, I know and cannot deny it. When these events had already happened, Arturo came to our house to tell us, but the hardest thing was to hear it from all media, such as social networks and close people who only fill our hearts with sadness and pain.

I cannot imagine the reason why he decided to do it. The only thing I can do is love and support him in spite of everything.

Your Honor, the time we have lived here in this country, because of this problem, has been very painful, I imagine the suffering that his wife and even his children have confronted and are going through. I cannot justify what he did, but I can forgive him for I know that in this life all of us bear circumstances in which we cross deserts and lose our way and I believe that happened to Arturo. I want to think that he got influenced, maybe dazzle or got carried away by friends or authorities who were in his life at the time. I deeply believe that all he has gone through and that seeing how it has affected those who surround him has been his punishment.

Your Honor, the motive of this letter is to somehow reach your heart and pray in the name of God our Lord that you have mercy and clemency with Arturo and that if you have to pronounce a judgment against him, this not to be prison, away from his children and wife. I know that she became ill due to all these worries. You have to do justice, but I ask you for mercy and please not to separate him from his family or allow my two little

## MARIELA POLA RUIZ PAZMINO

ones to grow up without their father's company. Arturo is a wonderful father who was wrong, but he regrets it and has already suffered enough with all this. The hardest thing is to be alone not being able to embrace and receive the necessary support.

The Word of God also says: "For those who love God, everything helps us for good". With all this Arturo learned the lesson and knows what he did was wrong.

Your Honor I thank you in advance for your attention and I hope that God will take my words into account. With a grateful heart I can only wish that the LORD BLESS YOU AND CONDUCT YOU, THAT THE LORD WILL PROSPER YOUR WAY AND THAT EVERYTHING YOU DO MAY PROSPER.

Sincerely,

MARIELA POLA RUIZ PAZMINO
C.I 1705784393

Quito, May 9, 2018

HONORABLE JUDGE
Cecilia M. Altonga
Judge of the United States District Court, Southern District of Florida
400 North Miami Ave., Trial Room 12-2.
Miami, Fl. 33128.

My considerations,

My name is Alicia del Carmen Jaramillo Real, Ecuadorian citizen with citizenship card No. 0501381750, of marital status married and domiciled in the city of Quito Republic of Ecuador, in the urbanization El Pinar Alto, C street Palacio Real building, apartment 101 S , telephone (593) 2 2261000 and cell phone (593) 998876018, housewife, mother of 4 children to whom I have dedicated myself body and soul, always trying to be with them, care with great zeal for their spiritual, personal formation and academic, offering them above all LOVE, support and security. A task with responsibility that was entrusted to me by God on this earth, which is why I found it my duty to resign from my job as an Assistant in the Reinsurance Department of the EQUINOCIAL INSURANCE Company here in Ecuador as well as my university career as a lawyer who finished it but did not graduate.

Without fear of making a mistake, I turned all my work into effort and sacrifice in the care, protection and care for my children since I had my first daughter, Gabriela Alejandra, from that moment that was our priority with my husband Luis, and for that reason We agreed that he would be responsible for providing the resources and means for family support so that we never miss anything, fundamentally the emotional part, love and security, even when she decided and chose to be the wife of Arturo Escobar Dominguez.

Your Honor, I have known Arturo for 5 years when he began his visits to our home as my daughter's boyfriend, finally decided to unite their lives forever. As the mother-in-law of Arturo Escobar Dominguez now, in honor of the truth, your Honor I can emphasize that I have always seen in him a very good person of heart, worried about others, retailer and pending of everything; as a father an unbeatable being, as a husband always trying to fulfill above all the commands of God. I must say that having assumed the commission of an error or infraction, I have felt a genuine repentance of heart, reflected in the fact of not knowing how to return to their origin the money that was not their property, seeking to compensate the damage to the society, proceeded to return to it by donations and social works that I know and I can give faith of it.

I know that Arturo will want to go back in time and amend his fault, which is now the subject of lamentation and conscience of guilt for having been in the midst of circumstances, people and at a time that was not the most conducive to the well-being of his personal and family life, fruit of his youth and inexperience. I am sure he has suffered a lot for his wrong actions and above all for his wife, for his two tender children and for his mother since he is the only son, being Arturo the support, support and unconditional company for her.

My daughter Gabriela, if she was not sure of the human quality and kindness that Arturo Escobar Domínguez possesses, as husband, friend, father and son, she would not be with him supporting him and doing everything that has touched him. I know that your life now, which you have given to your family and to GOD, will serve as a testimony of love

for many people who believe in certain circumstances to be in heaven having so much money at their disposal. Arturo Escobar Dominguez returned everything, so I appreciate his courage to have stripped everything, recognizing his indirect guilt and sincere repentance.

This is why I can be sure that you, your Honor, with the sensitivity of a woman, will appreciate the impact that the situation experienced today is very strong as a person and above all on your family that will be left without the father figure, which in the ages of the innocent little people who have been tightly attached to their father would be very shocking to them not to have their father near at any moment, when we know psychologically that this is the crucial age for the formation of the personality of the people, the which would be tremendously affected by these events.

For all this, your Honor, I appealed to your sensitivity to take into account above all that Arturo is not the type of malformed person, with badness, bad habits, quite the contrary, he has been a correct person. For this error committed, you have the security with respect to your sincere repentance, you have already suffered and suffered a lot with all this, but I beg you to act with benevolence at the moment of imparting justice, having GOD in your heart.

Yours Sincerely,

Alicia del Carmen Jaramillo Real
No. 0501381750

Quito, May 10, 2018

**HONORABLE JUDGE**
**Cecilia M. Altonga**
**Judge of the United States District Court, Southern District of Florida**
**400 North Miami Ave., Trial Room 12-2.**
**Miami, Fl. 33128.**

My considerations,

My name is Daniela Estefanía Pazmiño Jaramillo, single, Ecuadorian citizen with citizenship card No. 1715738686, with 27 years of age, who in a month will be receiving my professional degree as an Architect at the Pontifical Catholic University of Ecuador; domiciled in Quito in the urbanization El Pinar Alto Street C, Palacio Real Building, with personal number (593) 995726055, who since I was 20 years old I have worked in several companies where I have acquired a lot of personal and professional experience, and at every opportunity increase my knowledge and skills.

Your Honor, I present myself to you as a simple person, always ethical in the way I have done all the professional work in which I have been involved, a person who has always been recognized as someone who has placed a lot of love and interest in both what I do as in the relationship with others, always having God as the guide in my life, and this is why I now ask you to consider my words which come from the sister of Gabriela Pazmiño, wife of Arturo Escobar Domínguez, and fundamentally these words come from the aunt of my two nephews Juan Martín 4 years old and Joaquín 2 years old, who because of the legal problem and the risk Arturo was exposed to, made them leave and be away from me.

With the greatest respect, let me state that I have known Mr. Arturo Alfredo Escobar Domínguez for 5 years, when my sister Gabriela Pazmiño started dating him and I began to include myself in the group of friends with whom they frequented. From the beginning he proved to be a very attentive person, very generous with others, with a simple personality, and always concerned about his Mother. Something that attracted my attention from the beginning is the sensitivity it has to relate to children. Arturo Escobar from my perception is a very sociable person, who had no problem in helping others, gentlemanly and very confident of their professionalism in the workplace. I never doubted that he was a good man, for this reason my sister fell in love with him and decided to join their lives. So much is and it was their love that a short time later they gave me the most beautiful gift that my two nephews Juan Martín and Joaquín are.

Your Honor, my sister Gabriela together with Arturo Escobar, have made your home so solid that they decided to put God first, because He motivated a sincere repentance in Arturo that has shown us all this time, after having been involved in this type of acts and that has allowed him personally to show the damage that he personally did to himself and the pain that all this has caused to his whole family. Many of the friends I met on his behalf, nowadays turn their backs on him, or just not turn to see him, because there is no longer any interest on their part to take advantage of the great generosity that Arturo Escobar always had. This generosity I could perceive when with my sister, his wife, they did charity and donations for the nursing home called "Corazón de María" in the city of Quito, where they made room restaurations for the sick

people and where I had the opportunity to work and provide my professional services in that great work. I will always appreciate being able to have been part of a work that was for the benefit of the elderly and the elderly. In addition I could also witness that the donations had as beneficiaries many children in the Operation Smile Foundation who could be operated free of cleft lip and palate, changing them and improving their quality of life, because in testimony of this, I participated actively helping in the operating rooms while said children of limited economic resources were operated on surgically.

I think that Arturo, together with my sister since the beginning of their marriage, have always made a great team, they support each other and they hold their hands very strongly in the face of problems and they have remained together throughout this process, such is the case that they decided to go to United States with my two nephews in order to stay together, above all things, in a secure environment. They know that their children need the love of a complete home, solid as is theirs, which I admire very much. Being the 4 in another country alone, has strengthened their union and love for my nephews, who are not to blame for everything that is happening today, they have always been able to enjoy the unconditional and devoted love of their father, to whom They are very close and I can not imagine the blow that would be that from one day to the next his father is not with them.

This is why your Honor, I am writing to you in the case of Arturo Escobar Dominguez, and I ask your benevolence on behalf of my nephews who need their father with them, as I always had mine, a father who never fails in the home, that father who gives them that security by being so small. I ask you on behalf of my sister, who has stayed with him all the time since they got married, no matter what the problem, even at the cost of his own health. She would be left alone in a country that is not theirs, and she would take the role of father and mother working double and my nephews need care like every child of their two parents. I am so sure of the total repentance before God on the part of Arturo and I know that with everything he has done to amend, that has already been forgiven.

Sincerely yours,

Daniela Pazmiño Jaramillo

ID. 1715738686

Quito, May 10, 2018

HONORABLE JUDGE
Cecilia M. Altonga
Judge of the United States District Court, Southern District of Florida
400 North Miami Ave., Trial Room 12-2.
Miami, Fl. 33128.

My considerations,

LUIS HUMBERTO PAZMIÑO ECHEVERRÍA, Ecuadorian citizen, 54 years old, economist, married, 4 children, private entrepreneur, specialist in Process Reengineering, Total Quality and Benchmarking, domiciled in the Republic of Ecuador, province of Pichincha, city of Quito, Urbanization The Pinar Alto, C Street Royal Palace Building, 101 S apartment, telephone (593) 2 2261000 and cellular (593) 998304053, who has been the manager in the design, implementation, training and birth of pioneering and successful companies since its inception and to date, in the field of prepaid medical insurance and life insurance within the Ecuadorian market, namely Salud SA and Equivida S.A. respectively, as well as having directed the reengineering processes in leading companies within the Ecuadorian insurance market such as Seguros Equinioccial S.A., Tecniseguros S.A. and Colonial Insurance.

With the greatest respect I appear before the majesty of the justice of the United States of America, represented so worthily by you. As befits a person of honor and with daily practice of the highest ethical, moral and spiritual values, with the utmost transparency and truth, I request that you allow me to present the facts that I consider the honorable Member must take them into account in order to evaluate impartially , legitimacy, lucidity, wisdom, fear of God and above all bearing in mind the social character of the Law, to impart equity and science human justice, making application of it, according to the wisdom of our elders, who educated us and formed under the axiom that the punishment must be commensurate with the lack and this according to age.

Your Honor, allow me to state that I know Mr. Arturo Alfredo Escobar Domínguez and especially, his worthy mother for more than 25 years. Arturo's childhood, carried with enormous sacrifice and effort by his mother, made him a good young man of nature, simple, very respectful of her and his whole family, sociable and sensitive. Loyal and gentlemanly, without relevant defects, good companion and friend. His work and professional life had a dizzying progress, I think because of the ease of social relationships with people of different economic and social conditions, which anywhere in the world, without a doubt opens doors and makes it possible to achieve achievements perhaps earlier.

As a child I was an active member of the Boy Scouts and the Youth Red Cross. For many years, I have been volunteering at Fundación Operación Sonrisa, an institution belonging to an international organization, whose headquarters are in the United States (Smile Operation), whose purpose is to bring well-being to many families in which one or some of its members suffer of a congenital malformation of cleft palate and cleft lip. This volunteering is exercised by many professionals from several countries, several branches and mainly surgeons, doctors, nurses and other related specialties, who contribute their own resources or help raise funds to make families with limited economic resources, not exclusively, to receive the more careful attention and enable their lives individually speaking and their relationship with the community to change positively and for the rest of their lives, for which we carry out between 3 and 4 missions a year, in each of them we perform around 150 a 200 surgical procedures, in patients from 3 months of birth to 18 years. However, we have expanded the coverage and now we also treat other patients with other types of pathologies and no longer exclusively Ecuadorians, but of any nationality, at no cost to patients.

This extensive preamble has been made by your Honor with the sole and exclusive purpose that you visualize the enormous, serious, important, altruistic and rewarding work we do within this Foundation, in which all my children and wife also participate. Worthy of mention is that Gabriela, when she introduced us as her boyfriend and later joined in marriage with Arturo Escobar, they also linked to this noble task, generously and generously

contributing with money that we knew by Arturo's confession had been given to him and whose origin to know that it was not lawful, but that by the impossibility of returning to their original owners and even at the suggestion of a priest of the Catholic Church, decided to return this money to the community demonstrating strength of principles since it did not prevail in it. greed, selfishness and enrichment at any cost. Fundamental is to point out an additional merit in Arturo because he returned to society this money that did not belong to him, not because of a scandal, since he did it before any event of whatever nature that might have arisen, that is, by conviction and a form of genuine repentance.

Your Honor, I can swear before you and before GOD, I witnessed the defencelessness committed against Arturo Escobar Domínguez, here in our country, but it is not the moment to analyze it and expose to his Authority the details and arguments that show my affirmation . GOD knows that this was the case and with the greatest simplicity and in absolute anonymity, Arturo and Gabriela made these funds possible to build schools, enlargements of a nursing home; They contributed money to Operation Smile Ecuador for surgeries of hundreds of children with cleft palate and cleft lip. Hundreds of children of the Church of Fatima, received Christmas gifts, etc. All these facts and others, such as having known with dignity, integrity, patience and infinite love, Arturo and Gabriela took forward the birth, treatment and upbringing of their first child, Juan Martin, beautiful baby born premature, strengthening as a couple and all In their environment they fused us in a single body and soul, because despite their youth they were able to overcome this hard test that life presented them, to finally enjoy today and have been rewarded with the beautiful child who is still Juan Martín at his 4 years, absolutely normal, healthy, who with his little brother Joaquín of 2 years, form a solid family structure, who share a lot and enjoy the family atmosphere and more now that they are physically away from those who love them

For all these antecedents, with the absolute certainty and guarantee of my person, know your Honor, that I would NEVER add, protect or conceal the commission of a criminal act, I ask your Honor, to consider that Arthur is repentant of having engaged in contested acts with the moral, that his youth and inexperience led him to commit this error, but now he has come and has linked with the Christian Church and renounced material goods, as the center of his life and that of his family. I ask you, to evaluate the eventual helplessness that the children would have to pay a sentence, for what I beg to consider at the time of issuing their resolution and if, it is to be condemned, the penalty is the most benevolent, both by Arturo, for your children and your wife, who, necessarily, because you are in a country other than your birth and you as a Judicial Authority, are perfectly aware of the rigor involved in migration, even if it is forced, will have a very serious consequence on children since Gabriela, his wife, must multiply and play the roles of father and mother, leaving aside the permanent care of their children for the duration of Arturo's sentence. GOD has already done his part, forgave the sin committed with his sincere repentance and reparations made with the most humble and needy people, but you will surely know I will sanction the lack with benevolence, considering the general context that I have allowed myself to put in very summary form to your consideration and submit to your wise decision.

Your Honor, is all I can say in honor of the Truth, in my capacity as a family man and witness of the urgent need to leave Ecuador that Arturo and his family had and find refuge in the largest country in the world, for being the greatest guarantor of freedoms and human rights where now and through this letter I appear before your Lordship to ask for your benevolence in the name of Juan Martín and Joaquín, children of Arturo Escobar and Gabriela Pazmiño, who are my only grandchildren to whom I love them intensely and now they are far away from me, from their grandmother Alicia Jaramillo and her three uncles, Daniela, María Belén and Nicolás, brothers of Gabriela Pazmiño Jaramillo. GOD guide, enlighten and keep your wisdom.

Sincerely

**Luis H. Pazmiño E.**
**C.C. 1704906310**

Quito, May 14, 2018

**HONORABLE JUDGE**
Cecilia M. Altonga
Judge of the United States District Court, Southern District of Florida
400 North Miami Ave., Trial Room 12-2.
Miami, Fl. 33128.

My considerations,

Receive my greeting I am Nicolás Pazmiño Jaramillo, I am Ecuadorian and my citizenship card is number 1722779780, I am 14 years old and I live with my parents, in the city of Quito Ecuador, in the urbanization El Pinar Alto, C street Palacio Real building, apartment 101 S, telephone (593) 2 2261000 and cell phone (593) 998876018. Study at the San Gabriel school in 10ᵗʰ grade. I am the youngest of four children, Gabriela, Daniela, María Belén and me.

Your Honor, I am a high level athlete since I was a child, until I was 9 years old I was a swimmer and I crossed the Yahuarcocha and San Pablo lakes that are very famous in the Imbabura province in Ecuador and also competed nationally in interclub swimming tournaments in Ecuador. But at the age of 10 I had to make the decision to continue swimming or to dedicate myself only to basketball, because the hours of swimming training had to do it in the early hours and in the afternoons after school. I decided to play basketball and now I am preparing and training to be chosen in the Ecuador team of SUB 15 category. Your Honor, I hope to play in your country soon in an NBA team, I would prefer the Cavs or the Lakers. But I must tell you that I never neglected my studies, I believe I am a good student and I have many friends in school and in sports with whom I share a lot of my life and my progress, all thanks to God and to the support that my family always gives me, as well as all my sisters who go with me in all places and competitions. I must also tell you that with my parents and my sisters we have had the luck and blessing of God to be able to help change the lives of many children, because we are volunteers for many years of Fundación Operation Smile Ecuador and we have participated in many missions with hundreds of children who underwent cleft lip surgery and who I have been able to help as an assistant outside the operating theaters playing with the children in the pre-operative rooms so they are not afraid and have confidence that the operations will not hurt, too I help by taking instrumentals, surgical clothes, transferring patients from the operating rooms to the rooms so that they recover, delivering medicines, also filling the medical records and filing the patients' documents and everything that could be useful for the success of the missions

Your Honor, I wanted to write this letter to tell you that Arturo since I met him as a boyfriend of my sister Gaby and also when he married her, he was a good friend of mine and he also accompanied me in my competitions everywhere I went. It's like an older brother. He was always very generous and showed me that he liked children and therefore gave me many quality things so I can practice my favorite sports. Also, your Honor, Arturo helped Operation Smile a lot to make the lives of hundreds of children change and they can smile, because these patients do not have to pay anything because they are poor people. I also accompanied Arturo and Gabi to buy Christmas gifts for many children of the Fatima Church in Quito.

So now that I see that Arturo had a problem that I do understand what is the reason, however he has not stopped being my friend because he is not bad with anyone, but I try to explain the reason

he had to go with my nephews Juan Martín and Joaquin to the United States, to be safer than here in our country, while Arturo solves his problem and can defend and take care of my nephews, but I feel that his absence has caused me a lot of sadness and I hope that they will soon return. With them now I can only talk on Skype but it is not the same because I see that Juan Martín and Joaquín have their sad faces and they ask me to go and see them on the plane.

For this reason and as always we talk with my parents and sisters, I know that now you must put a punishment for a fault committed by Arturo, for which I ask you not to be very strong and can be a punishment like here in Ecuador they put a person who is paying his sentence in his house without being able to leave it, so he can be with Juan Martín and Joaquín and not be left alone when Gabi has to work very hard to have money and keep the family in a view that Arturo could not do, but mainly that my nephews never stay alone without their parents, as neither I nor my sisters were ever without our parents.

Sincerely yours,

Nicolás Pazmiño

C.C. 1722779780



Honorable Judge
CECILIA M. ALTONAGA
District Court Judge of the United States South Florida district
400 NORTH Miami AVE., courtroom 12-2
Miami, Fla. 33128

Your Honor, my name is Verónica Fernanda Pinto León, 36 years old, born in Quito Ecuador, profession Commercial Engineering, currently dedicated to my household as a housewife, mother of two little girls and married for 7 years.

I've known Mr. Arturo Escobar for approximately 9 years. When I married my husband Edgar Manuel Escobar, who is his cousin, Arturo or Tuto as I've always known him, became my brother in law and I've always consider him as so, for the relationship he kept and has maintained till today with my husband is that of brothers, for they have been raised together since childhood and that way they've grown loving and protecting each other like true brothers.

I got to know about the legal situation in which Arturo is in this country once all the problems became public through the media and because my husband, as a lawyer along with my father in law and my other brother in law also lawyers, where since the beginning in Arturo 's defense.

When I found out about everything that occurred with my brother in law Arturo, your Lordship I must be sincere and tell you that it has cause me great surprise and I couldn't believe it for I consider Arturo has been and is a person of values, firm, honest, solidary and always close to his family. For example, I remember that in difficult times when my new born son whose name was Edgar, as born with osteogenesis imperfect type II, disease by which my son was permanently hospitalized. Arturo was always present, manifested interest in his wellbeing, and development. He was always solidary, and his show of affection, support and company encouraged us to stand firm in that painful and difficult situation.

Arturo was always affectionate and playful with my older daughter Valentina that is 9 years old. He was always smiling and was easy to reach whenever there was a situation, considering he was a man with a noble heart, devoted to God's love since little.

I always saw him being loving to his father, brothers and nephews. We never had friction or an inconvenient that could disturb the family composure, on contrary we used to share pleasant and amusing family moments with Arturo, those that we'll carry in our minds and hearts.

My older daughter Valentina frequently asks for him, while the youngest Ema almost doesn't remember him, but I know we all miss him and would love to see him again and embrace him tightly.

In regard of his legal situation in United States and the problems he's going through, I'm completely unaware, but I understand that it can lead to many sanctions. Your Lordship, this is why I appeal your empathy and implore you to consider the tragic situation that his two small sons and wife would go through if Arturo will be absent.

VERONICA FERNANDA PINTO LEON

# AURORA EUCARISTÍA PAZMIÑO CEVALLOS

| | |
|---|---|
| **ADRESS:** | Barrio Obrero Independiente - Puengasí |
| | Quito – Ecuador |
| **Phone Number:** | 3181188 / 0997690934 |
| **Email:** | aurorapazmino@hotmail.com |

Honorable Judge
CECILIA M. ALTONAGA
District Court Judge of the United States South Florida district
400 NORTH Miami AVE., courtroom 12-2
Miami, Fla. 33128

AURORA EUCARISTIA PAZMINO CEVALLOS, born in Quito city, on 12 February 1938, I am 80 years old, with identity card No. 170104164-0, secondary education, dressmaker by profession and currently I receive the retire social security insurance from the ECUADORIAN SOCIAL SECURITY INSTITUTE.

During several years of my life I've dedicated to the service of the Catholic Church as an assistant in the preparation of the parishioners for the Sacrament of Baptism, at the Church of the Pilgrim Mother of Puengasí, Ministry of Laity of the Eucharist of the Catholic Charismatic Renewal Movement for 20 years. I belong to the Retirement Workshops from IESS in VillaFlora, Quito. I collaborate in the Municipality of Quito City Museum, working at the project Memories of the city, being this a group made of elder people, where we perform theater and other activities for both national and foreign visitors.

Your Lordship, through this letter I must manifest to you that God gave me the blessing of knowing Arturo Alfredo Escobar Dominguez before he was even born, I was able to enjoy his love and companionship since his childhood. Even though, I don't have any blood ties to link me. The way I've seen it, we always have had a grandmother and grandchild relationship; and he's treated me like grandmother Aurora. This is due to my daughter's marriage with Arturo's father, and as I spend time with my grandchild our relationship grew and love manifested.

He was always a very docile, kind, affectionate child; easy to deal with and communicate. As the years went by in his adolescence and youth he never changed his way of being, he has not been conceited nor proud; his become increasingly better, always shown being a responsible boy who has honored his parents and elders. I also must say that when he started earning his first salary he always used it for the care of everyone and me, he also had very nice gestures with me. He never forgets onomastic, mother's days, Christmas, and even without a cause he's always been concerned about how I was, which is why he's my beloved grandson. His phone calls never lack and he's always been there when I needed him, even though he already has his home, of which I can say that I have two beautiful great-grandchildren whom I love very much.

# AURORA EUCARISTÍA PAZMIÑO CEVALLOS

**ADRESS:**                                  Barrio Obrero Independiente - Puengasí
                                                              Quito – Ecuador
**Phone Number:**                                   3181188 / 0997690934
**Email:**                                      aurorapazmino@hotmail.com

By the television channels, it was very hard for me to find out about the problem he was going through. Since my daughter didn't want to give me any worries, she didn't tell me about it. It was very painful to know the magnitude of the case in which he's been involved. I couldn't believe it because I've always known his very fixed on his values. Unfortunately, the people who heard the story through a different media, all they did was make my heart ache even more due to them only being judgmental and expecting for the closest relatives to confront the problem.

I know that what he did is wrong from every point of view, as a result it hurt all of us who love him and especially his closest family members such as his wife and children.

When I was able to talk to my grandson Arturo, I could hear how deeply sorry he was for everything he had done. I know who he really is and how he was raised, for he has developed in a household in which he's always been taught to fear God and everything that concerns good and bad, although my grandchildren and daughter attend another Christian community that is not Catholic, they follow God's order and decency and above all believe in a loving God and live under Christian principles.

Arturo was always part of the dances, theaters, evangelizations and other events in the church he attended when young; I would like to see my grandchildren working for the Lord too.

Your Honor I know that my grandson will have a sentence, but I appeal to you that considering that he is the provider of his home, his wife and his tender children, to whom I consider them my great-grandchildren, not to take him to prison; I do not imagine how they can be in a country so far away from us, they are alone and in the case of having that sentence they would have to be without their father, who by the way is a spectacular father, I loved seeing him changing diapers, bathing them, playing with them, always enjoying their laughs.

Your Lordship as you being the person who imparts justice in your country, I want to reach you as a mother, wife and woman with a sensitive heart so that you have mercy and clemency in the sentence to be dictated. Which is why I can only inquire God to repay you and multiply everything you do.

Sincerely,

Aurora Eucaristía Pazmiño Cevallos

# CONSULTORA JURIDICA
# ESCOBAR & ASOCIADOS

| Av. Amazonas N.26-179 y Av. Orellana | Teléfonos: | 2552-012 |
| --- | --- | --- |
| Edif. Torre Alba. Piso 9. Of. 902 | | 2542-418 |
| Correo electrónico: edgar3579k@hotmail.com | Fax: | 2239-228 |

**Honorable Judge**
**CECILIA M. ALTONAGA**
**District Court Judge of the United States South Florida district**
**400 NORTH Miami AVE., courtroom 12-2**
**Miami, Fla. 33128**

Edgar Manuel Escobar Ruiz, Ecuadorian since birth, address city Quito, Ecuador, citizenship card No. 1711698520, married for 7 years and father of two daughters, lawyer by profession for approximately 14 year, currently in free professional practice.

In my professional journey I've held public charges such us vice president Assessor of Ecuador's Constitutional Court, Ministry of Security Assessor and National Juridical Director of the Integrated Service of Security ECU 911.

Arturo Escobar is my cousin, however since very young, by life circumstances, we were raised as brothers, grew up and developed together conceiving brotherly and friendship bonds; and therefore, I give faith for knowing him since birth for I had 5 years old at the time.

This brotherly bond started exactly when Arturo or Tuto's father decided to take care of my brother and I after my biological father pass away in an unfortunate car accident. Since that moment we had a father again and thanks God a new brother, with the one we grew up and enjoyed our beautiful childhood.

With my brother Arturo or Tuto as I always call him, enjoyed very pleasing moments, a normal childhood and adolescence, full of antics, games and anecdotes that we recall having and all of our bonds of love have become stronger each time thanks God we have always loved and take care of each other as friends but mostly as brothers.

Our father always raised and formed us with values and principles and over all his capacities he never allowed us lack nothing. We were never rich but with his work and God's blessing nothing ever missed at home.

My brother Arturo since very young was always cheerful, kind, and sociable. I recall him as a student, playful but always good, a respectful son, a reliable friend and above all a loyal and affectionate brother, who I could always reach at any time. I remember that when we were kids we use to spend the entire afternoon playing at the park near our house and our friends of that times knew us as the Escobar brothers or the three musketeers because we were inseparable.

Regarding his character I should say he always had a strong character and that allowed him to fight for what he believe was right and to reach his personal and professional

## CONSULTORA JURIDICA
## ESCOBAR & ASOCIADOS

| Av. Amazonas N.26-179 y Av. Orellana | Teléfonos: | 2552-012 |
|---|---|---|
| Edif. Torre Alba. Piso 9. Of. 902 | | 2542-418 |
| Correo electrónico: edgar3579k@hotmail.com | Fax: | 2239-228 |

goals. He was a kid as any other, use to cry over anything and for that motive we bothered him; a normal teen with his own age troubles that were always easily solved because they weren't crucial.

In regard of the problem he's going through in the United States of North America, I cannot say much because I know little or nothing about it. After my brother had to leave Ecuador in search of harmony for him and his family there has not been much contact and the news we have received have been scarce; however, I know that the legal situation in EEUU is complicated by a sentenced he could receive and I understand it could affect his personal life and family. What I do know is the legal problem he has here in Ecuador due to days before the problem became public and before he was accused by the imputed charges, we were able to talk about it as a lawyer.

Along with my father and brother, here in our country we assumed his defense, although months later we decided to detached ourselves from it.

I understand that the problem that my brother has here in Ecuador is extremely complicated and that it was for a bad decision, by pressures or circumstances that till this moment I can't comprehend, nevertheless I completely trust him and I know what he did was not a suitable.

I haven't had a continuous contact with Arturo since the time he left the country and even though that haven't been a motive to separate us like brothers, it has been an obstacle for our communication to be constant like it always was.

Concerning my brother Arturo, I can say so much things that words would be insufficient to describe him but to summarize all the feelings I have towards him. In order for your Honor to have an impression of what my brother means to me, I can say he's a great person, with pure and good feelings, with whom I can always count on, who was by my side when my children were born and who I accompanied when my nephews were born. He likes helping those who are in need, without hoping for something in exchange.

We grew up in a normal family with troubles but over all with so much love from our parents.

We attended a Christian church together the one I still attend now because I haven't parted from the Christian principles my parents conveyed me and we use to go to elderly care facilities and orphanages.

I simply love him as a person and as a brother, I love his way of being, I love the memories we shared and I admire him for he learned to be a unique, honorable and spectacular father and husband. I'd like to tell your Honor that I'm not trying to make my brother

# CONSULTORA JURIDICA
# ESCOBAR & ASOCIADOS

| | | |
|---|---|---|
| Av. Amazonas N.26-179 y Av. Orellana | Teléfonos: | 2552-012 |
| Edif. Torre Alba. Piso 9. Of. 902 | | 2542-418 |
| Correo electrónico: edgar3579k@hotmail.com | Fax: | 2239-228 |

look good before you but simply let you know little more of that person that I can't have by my side. I cannot describe how much I miss him!

In regard of his character I should mention as I did before, he always had a strong character but was accompanied by tenderness and a smile on his face, honest, passionate on his deeds, and for that reason we were always together.

Your Honor probably this letter won't be enough to express all that I have in my heart regarding my brother but I trust him and I know he did wrong, now he's paying highly for his mistake, also his family is paying for his mistakes.

I should say your Honor that my brother has all my confidence and all my love.

Your Honor, I hope that after telling you all this at the moment dictating the verdict of my brother's future, be clear that he's a good person, that made a mistake and that he cannot hide it but he's tried to indemnify it at all cost. He has two little boys, my nephews, and a wife who are and always will be his reason to carry on, for who he has done everything and for who he would give up his own life. Trusting your good judgement and appealing your good heart after telling you a bit more about my brother, I request that acting in the right of being possible not to send him to jail and allow him to pay in other way for the crime he committed. Only God knows that my words are sincere and are not trying to cover or minimize the mistakes my brother committed. All I desire to do is reach your heart so you can grant him a new opportunity.

God bless your Honor and guide you in every decision you take towards my brother.

Sincerely,

Edgar Manuel Escobar Ruiz.
CC 1711698520

Honorable Judge
**CECILIA M. ALTONAGA**
**District Court Judge of the United States South Florida district**
**400 North Miami AVE., Courtroom 12-2**
**Miami, Fla. 33128**

Juan Guillermo Montenegro Ayora, residing in Ecuador, married, lawyer by profession.

I have done my professional practice for 13 years and I have represented several companies and clients in different areas of law; the time and dedication has allowed to be recognized in the legal field which has been recognized by the people and companies to which I have sponsored.

I have been working as a Policy Director in the Ministry of Industries and Productivity for approximately one year, gaining experience in the administrative and public procurement field.

I have known Arturo Alfredo Escobar Domínguez for 10 years, and I met him when studying law at the International University of Ecuador, circumstances in which he allowed me to share some experiences as a study partner and later as a friend.

During the time in which I know him, he has proven to be a responsible man and has always excelled in his desire to excel and learn; He has proved to be a good companion and a good student, which allowed him to access important works from an early age. I never had knowledge that I have or would have had problems, because their behavior has always been calm and attached to the Law.

I have been able to meet his family, which has always proved to be very cordial and kind, always demonstrating Christian principles and values.

In reference to the facts for which Arturo Escobar Domínguez is accused, I must say that I have no knowledge, only what through the means of communication has been manifested; While expressing his lordship, that news has left me stunned because I understand that what Arturo is committing is very serious because he is currently living the consequences of his error and by his principles I know he is sorry.

Your Honor I request to you with the most solemn respect that the sentence that you dictate against Arturo Escobar Domínguez is as benign and benevolent as possible, thinking of Arturo's family.

I appreciate your attention to my request.

Sincerely

**JUAN GUILLERMO MONTENEGRO AYORA**



**G&M**
*Guzmán y Mata*
ABOGADOS

**Honorable Judge**
**Cecilia M. Altonaga**
**Judge of the United States District Court Southern District of Florida**
**400 North Miami Ave., court room 12-2**
**Miami, Florida 33128**

Your Honor, I am the lawyer Sebastián Antonio Mata Navas, of Ecuadorian nationality, of 38 years of age, of married civil status, domiciled in the city of Quito-Ecuador, I am a lawyer in free professional practice, I have worked for several public entities such as Municipality of Quito, in the Judicial Unit of Violence against Women and the Family.

Mr. Arturo Alfredo Escobar Dominguez, I have known him since 2001, I met him at the International University of Ecuador in the Faculty of Jurisprudence, and to this date I already know Mr. Arturo Alfredo Escobar Dominguez for 17 years. In all the university career that saw him with much more frequency his spirit collaborator with the community was seen.

Mr. Arturo Alfredo Escobar Domínguez always had good relations with the community, he helped without receiving anything in return, he always had a collaborative and altruistic spirit, I never knew that he had problems with anyone, on the contrary, people spoke well of him. If someone fell into disgrace or needed help, Mr. Arturo Alfredo Escobar Domínguez, if he was within his reach, would help him.

The sincerity of Mr. Arturo Alfredo Escobar Domínguez is one of his attributes that we can rescue the most. This attribute of sincerity has always inculcated his children and the people who have surrounded him.

His lord Mr. Arturo Alfredo Escobar Dominguez is a good loving, responsible and collaborative father, since Mr. Arturo Alfredo Escobar Domínguez is the support of his family and his young children, it would be very negative for his young children the absence of his father, for this reason your lordship would ask you not to deprive Mr. Arturo Alfredo Escobar Domínguez of liberty.

Sincerely,

Sebastián Mata Navas
C.C. 0501462592

---

Dr.Rigoberto Ibarra & Asociados



**ESTUDIO JURIDICO**

San Francisco de Quito, May 10, 2018

**HONORABLE JUDGE**
**Cecilia M. Altonga**
**Judge of the United States District Court, Southern District of Florida**
**400 North Miami Ave., Trial Room 12-2.**
**Miami, Fl. 33128.**

My considerations,

My name is Dr. Christian Molina Almache, Lawyer in free professional practice, with registration to practice my profession N.-10243 CAP (Colegio de Abogados de Pichincha), partner in the law firm Rigoberto Ibarra & Asociados, located in Av. Amazonas and Ramón Roca, Edificio Río Amazonas, Office 408, in the city of Quito, Province of Pichincha, Ecuador.

Your Honor, for me it is an honor and always under the principles of loyalty and good faith, to address you and indicate that I have known Mr. Arturo Alfredo Escobar Domínguez for approximately 5 years, however about 1 year ago I was his defense attorney in several cases that are processed in Ecuador, before which I allow myself to indicate that throughout the indicated period of time, I know and attest that he is an excellent professional, worker, responsible in the activities entrusted to him, always looking after his parents, for his children and for his wife, Mrs. Gabriela Pazmiño Jaramillo, whom I also have the honor of knowing. One of the characteristics of Arturo Escobar Dominguez, is his high altruistic sense, believer in God and with a high training in serving the community, this I can say in spite of not knowing his nuclear family.

Your Honor, as his lawyer in charge of the cases that are processed in the Courts and Tribunals of Ecuador I know and know the facts related to the declaration of guilt and I know what Arturo Escobar Domínguez has told me and I have been able to appreciate and investigate as well as what is recorded in the files handled by Ecuadorian justice that the money referred to, in his declaration was returned to its originators and in other cases donated.

I am sure that he is sorry for his actions since he has been prosecuted for the same acts in several cases, he is far from his homeland, his parents, his friends; what more punishment can be given to a person who has been raised under his nuclear family, has been crossed out by society, much of the family has turned his back, also his friends. I believe that all this has not only physically and psychologically destroyed him, but also his entire family, especially his mother, his wife and their two little children, who have nothing to do with or suffer from these events.

Your Honor, the family of Arturo Escobar Domínguez, in the time that I know him has proven to be very united and suffer as his own the facts that are happening with him, since our family

---
Av. Amazonas 21-147 y Ramón Roca• Edificio Río Amazonas •4to. piso •Of. 408
Telf.: 2909 - 169 / 2909 - 170 • Cel.: 0982 467 785• E - mail: rigobertoibarraa@hotmail.com
Quito - Ecuador

*Dr.Rigoberto Ibarra & Asociados*



**ESTUDIO JURIDICO**

environment and I say it in a general way is very close and the family as such It is the nucleus and center of our lives.

Being out of his native country, with his wife and two small infants, the fact of being sentenced to a penalty of excessive liberty or for a long time is obviously going to cause significant harm, since his wife is going to be alone with her two small children, since, her entire family, is in Ecuador. Your Honor who is going to watch over them if their mother has to go to work, for their maintenance; who is going to take care of them, when their mother has to undergo long hours of work so that they do not lack anything since their father is deprived of his freedom.

These facts will obviously affect their socio-economic situation, their health, their integrity, their family unit, since, directly or indirectly Arturo Escobar's extended absence with his family will leave them with serious consequences.

This is why you Honor I want to ask you taking into account that two small children would be left without their father for a long time to be granted Mr. Arturo Escobar Domínguez a sentence of conditional release or the lowest or most benign sentence possible, since who is repentant of his actions, society has crossed him out and criticized him indolently, taking into account that he was also used by other people; his honor and dignity are in tatters and I believe that these facts have penetrated to make him feel sorry. Certainly, your Honor I am sure that after what happened these events will not happen again, since he is a good man and all he wants is the tranquility and well-being of his family.

It's all I can say in honor of the truth.

Sincerely

Dr. Christian Molina Almache
Lawyer in free professional practice
License No. 17-2006-199

Av. Amazonas 21-147 y Ramón Roca• Edificio Río Amazonas •4to. piso •Of. 408
Telf.: 2909 - 169 / 2909 - 170 • Cel.: 0982 467 785• E - mail: rigobertoibarraa@hotmail.com
Quito - Ecuador

Honorable Judge
CECILIA M. ALTONAGA
District Court Judge of the United States South Florida district
400 NORTH Miami AVE., courtroom 12-2
Miami, Fla. 33128

Your Honor, my name is SILVANA SOLEDAD MASACHE CUEVA, I am 38 years old, I live in the city of Quito-Ecuador, and my identity card is 1715652572. I have a lawyer career. Currently I work as an independent entrepreneur. I worked at the Escobar & Escobar Consultant since 2009, till 2014. I worked at the Ministry of Internal Affairs since 2014, until 2017.

The reason for writing this letter, your Honor, is to give certification or testimony of knowing Arturo Alfredo Escobar Dominguez, who is my boss' son and, above all, Doctor Arturo Alfredo Escobar Trivino who is the person that received me in his office, after formerly being established as an attorney for Ecuador Republic.

During that time, I had the opportunity to interact with Arturo Alfredo Escobar Dominguez. I can say with great certainty that he is a person full of values, solid convictions and is a young professional who always fulfilled his duties in the best way. Respectful to all who were with him, generous and ready to help in everything. I never received mistreatment from him, but rather he was quite friendly.

Your Honor, I would like to acknowledge you and your work very much, that your sentence to be pronounced in the case that is being held against Arturo Alfredo Escobar Dominguez, to be based on his background as a person, son and especially as a father, because I have had the opportunity to see how he treats, guides and cares for those beautiful little one, since he has raised a beautiful family with his wife.

The moment that Arturo Alfredo Escobar Dominguez name was involved in the Corruption case of Petro Ecuador, when it began to appear in the country through journalism, it was very shocking for me, because I could not understand that a person like him, who I knew could commit such things.

In the same way, I found out in the newspaper about the problem he has in the United States. It has caused me great pain to know that such a respectable and good family has to pass through this, but we all make mistakes and I hope Arturo learns from this so that he never even thinks about doing those things again.

I know that he is sorry for what had happened because of everything he had lived, and even worse, being alone with his family in a foreign country far from his relatives that have always support him.

For these reasons, I would like to thank your Lordship, trusting in your wisdom and mercy.

Sincerely,

SILVANA SOLEDAD MASACHE CUEVA

Honorable Judge
CECILIA M. ALTONAGA
District Court Judge of the United States South Florida district
400 North Miami AVE., courtroom 12-2
Miami, Fla. 33128

EFREEN GAVINO GUACHI PUJOS, civil status married, 50 years old, with citizenship card N. 1802257525, with Superior Instruction, of private employee occupation, with permanent residence in the city of Quito.

Your Honor, may I address to you that I have worked in both public and private institutions, these are: during my student life - at University when I was pursuing a law degree at the Central University of Ecuador in the city of Quito, I had the opportunity to do both my professional internships and work at the Escobar & Escobar Legal Consultant, this for 15 consecutive years. After that I worked in the Public Health Ministry and now I work in a private and independent way.

Your Honor, I had the opportunity to meet Dr. Arturo Alfredo Escobar Trivinos' son, whose name is Arturo Alfredo Escobar Dominguez, when he was 14 years old.

The relationship I've maintained has not only been with the Doctor and his son, but in fact with the whole family, for they always find a way of welcoming people in a caring and very generous manner, they always gave me their support and attention, so much that over all I've been able to preserve a beautiful friendship, and from his part there was no difference. For this reason, even with Arturo we were able to develop a good relationship.

Your Lordship, all there is to say is that Arturo has always been a young man of good manners, of flawless principles and values, I don't have the slightest doubt that they were given in the home from which he came from, because I personally know Doctor Escobar, his father, so I can say with the greatest certainty that he is a very upright man with firm and unchanging moral convictions, so much so that I have considered him greatly and he has been an example for me to follow. Arturo was always a very good friend, always supportive, ready to help and I have never known that he had major problems. I always knew him as a son who has honored and respected his father. As a friend and companion of functions, he always fulfilled them entirely, because in his free time he was in his father's office carrying out the activities entrusted to him.

I was very surprised to know through the media that Arturo Escobar Dominguez had been involved in such a critical problem, when he worked in a public company, which is Petro Ecuador.

For me it was of great impact, I can't imagine how his father most feel, motive by which I decided to call Doctor Escobar and extend my support during those moments he was going through.

Through the Newspaper "the Universe" from the city of Guayaquil on April 9, I learned about the serious problem that occurred in the United States.

As an acquainted expert of my country laws, I also know that you must do justice in this incident that Arturo is going through, I know his deeds are very serious, but your Lordship, with the respect you deserve, I may ask for mercy and that the sentence you give Arturo is not only based on him, but also taking in account his family that is by his side, his wife and children.

I appreciate your attention to my request.

Sincerely

EFREEN GAVINO GUACHI PUJOS

**JOSE FERNANDO ALMEIDA**
Journalist
Quito – Ecuador

May 10, 2018

Honorable Judge
Cecilia M. Altonaga
Judge of the District Court
United States of America
South District of Florida

Your Honor

My name is Jose Fernando Almeida, of Ecuadorian nationality, 66 years of age, Journalist and University Professor, retired at the present moment, and Mr. Arturo Escobar Dominguez friend, as well as of his family for about 40 years. I know Mr. Artur Escobar Dominguez since his birth. Based on the years of friendship I have had with Mr. Arturo Escobar Dominguez and his family, I can affirm that he is a person educated in values, with ethical and religious principles, respectful, hardworking and committed to the community.

I am aware of the illegal events that have taken place and that compromise his honesty and good name; at the same time, I am aware of the seriousness of the action committed, an event that has caused, according to his mother, a despondency due to the consequences that this event has brought to his family and to the people who know him. It is worth mentioning that I have not had the opportunity to talk directly with him.

I can certainly affirm, based on the proximity I have had with Arturo and his family, that he is a respectful, honorable, kind, of an affable character and above all a hard worker. In a few words, an authentic gentleman. I have always seen him as a calm, supportive and charitable person.

Considering that he is a young man, father of two tender children, able to produce to maintain his home and give the education that his children deserve, apart from the suffering and illnesses that this event has already caused in his wife and in his mother, and the general discomfort in his family, I ask you, Honorable Judge, to grant him a sentence with parole or at least one as minimum as possible.

With the knowledge that I have about the kind of education that Arturo had in his home, his conviction of father and husband, and his desire for good, I know that he will not

**JOSE FERNANDO ALMEIDA**
Journalist
Quito – Ecuador

commit any act that could go against his personal integrity, the integrity of his family or the community.

Sincerely,

José Fernando Almeida
JOURNALIST

*Dr. Danilo Maggi Triviño*
*A B O G A D O*

Quito, May 13, 2018

**HONORABLE JUDGE**
**Cecilia M. Altonga**
**Judge of the United States District Court, Southern District of Florida**
**400 North Miami Ave., Trial Room 12-2.**
**Miami, Fl. 33128.**

HONORABLE DISTRICT JUDGE

My full names are Dr. Edwin Danilo Maggi Triviño, I currently work as a trial lawyer in the Courts of the Republic of Ecuador with an experience of 26 years, without ever having been sanctioned or called attention by the Judicial Organizations that control our professional activity in the country; On the contrary, I have been recognized and exalted when I have fulfilled my professional activities not only by colleagues but by the Judges themselves when I have acted in defense of the causes I have assumed, respecting due process, good faith and procedural loyalty at all times. which are universal principles that should prevail in every professional.

I have combined my professional activity including rendering my services in a disinterested way, this is non-profit; so for example I have developed as a principal vocalist and Secretary of the Honor Court of the Lawyers Association in Quito for the period of twelve years approximately until the year two thousand and fifteen when I made the decision to give way to other professionals and voluntarily left to participate in the union elections since this honorary activity was by trade union election.- Also, I have been fulfilling nowadays and for the lapse of four years, approximately, in the capacity of Vocal and Trustee of the Administrative Board of the Churches of God World Mission in Ecuador whose main office is in Cleveland, Tennessee, USA. Professional and spiritual activity that I have complied not only with principles of a legal nature but also spiritual, which has allowed me to combine this service in a very efficient way. - I have professionally trained several Organizations of a religious nature and thanks to my vocation of service I have been honored as a member of l Directory of two Foundations one is FUNDACIÓN CAVAT Nicole Paredes: Center for Support to Victims of Traffic Accidents, with Headquarters in Quito Ecuador, which is in charge of protecting and advising people and relatives who are affected in traffic accidents; and the other Foundation that is called CHILDREN WITH DESTINY (NICONDES) with Headquarters in Sangolquí Ecuador, responsible for welcoming children who live in abandoned streets or who perform forced labor activities; This activity is under the care of the Churches of God. In addition, I give advice and non-profit legal support to the Foundation to Serve Christ (FUNSEC), which is also in charge of supporting homeless people, including abandoned children or those coming from families that They maintain conflicts of family violence.

These activities, which I have developed over a period of approximately fifteen years, have allowed me to interact with many important people not only in my country but also in other countries mainly in America.

*Dr. Danilo Maggi Triviño*
*A B O G A D O*

Finally in the professional field I have served and fulfilled my profession, to several Latin American people and representatives who have trusted in my experience and knowledge, giving them the confidence and support in the most unexpected moments of their lives; always, appreciated and loved by those who have followed my professional and spiritual path.

I'm honored to be friend of ARTURO ALFREDO ESCOBAR DOMINGUEZ, for the period of approximately five years, because I maintain an extraordinary relationship with his wife and his distinguished family. Through this friendship I have been able to share and witness her marriage where they keep their two wonderful children. I know theiir legal concerns because at the time, based on the good friendship and relationship that we maintain, I was asked for my legal criteria, which I have been able to provide in a disinterested manner, having even confessed to my participation in the events that led to several legal proceedings in Ecuador in particular the bribery trial, which has denoted his desire to collaborate with the Justice and surrender voluntarily to demonstrate that indirectly intervened in the above-mentioned events and that he did not benefit from any money; in the same way, it was suggested that he determine the path traveled by the money that was deposited in his personal accounts, demonstrating with this gesture his honor and desire to collaborate with the Justice Entities.

The fact of being a young professional and having a family with two very tender children has penetrated deep into his being that has denoted his genuine repentance, maintaining a real impetus for change in his life to give his wife and children a future brilliant and the support that only he could offer.

Your Honor, of granting an extensive sentence to Mr. Arturo Escobar would affect not only his personal life but also the life of his family, mainly their children because of their young age, ignore and do not know the facts that motivate the execution of a sentence, leaving a immense responsibility in the mother who has shown in spite of adversity her commitment of love and support to her husband and life partner, which I consider should be valued in order to make a decision in order to restore her future, which it will be appreciated even by society when making coherent and necessary decisions, appreciate that confidence has been restored to Justice and the reintegration of a person deprived of freedom to society in order to even give testimony on the best decisions adopted by Justice in this State.

I express your Honor my feelings of high consideration and esteem.

Sincerely yours

DR. DANILO MAGGI TRIVIÑO
License No.3582

..aaggi Triviño
nuogado Mat.3582 ___

Estudio Jurídico: Manuel Larrea N12-23 y Santa Prisca * Altos Banco Internacional Piso 7, Of. 737. Telf.: 2582-248 Cel. 096115025 Casilla Judicial No. 1151



**HERITAGE AND LEGACY** MINISTRIES

**Honorable Juez Cecilia M. Altonaga**
**Juez del Tribunal de Distrito Sur de Florida, USA**

400 North Miami Ave., sala de tribunal 12-2
Miami, Florida 33128

Receive the most respectful and kindest regards, hoping that your Honor and family have peace and health.

Me name is Mario G. Naisipa Martinez, pastor of the Christian Church- Heritage & Legacy Ministries- in Miami, Florida. I have been living in Miami since December of 2012. I've had the honor to serve Christ since 1992, and I am an ordained Minister since January of 1998. God has given me the opportunity to serve him through distinct Churchs of the Centers of Integral Theotherapy in different regions of Colombia and as the national director in Ecuador.

Your Honor, I approach you in regards of the good testimony of the man Arturo Escobar, whom I've known since October of 2016. I was contacted by an Ecuadorian Pastor, who petitioned me to get in touch with Mr.Escobar as an attempt to attend him pastorally, due to the fact that he found himself in a complex personal and familiar situation here in The United States Of America. I reached him immediately and started a process of pastoral attention. Arturo informed me of the crime committed, and the social, personal, and matrimonial consequences and effects he was undergoing.

Your Honor, during the process of accompaniment and with God's guidance, I've proven that when the human being approaches God with a repented and humiliated heart, and confesses the absolute truth of his or her crimes and mistakes, God begins a process of restauration and transformation that begins in the most profound part of the heart, and is projected in the familiar and social areas. Consequently it stops being a part of the problem, but instead a part of the solution.

Taking this ideas into consideration, today I can faithfully say that the transformation of Mr. Arturo Escobar, has allowed him to share his life story on front of the congregation with the solid conviction that "only God makes a man a new man" and with hope that sharing his life testimony, will prevent the future generations to fall into the same kind of crimes and consequences lived by him.



HERITAGE AND LEGACY
MINISTRIES

Your Honor, I can also faithfully give my word that Mr. Arturo and his wife are collaborating with the development of the church here in Miami, and in a close future in other counties. As Arturo's pastor I can see in him the spiritual talents of a teacher, administrator and above it all, as the day of today I see a man who respects and honors God, and unconditionally loves his family.

Your Honor, I am aware of the events related to the declaration of guiltness by Mr.Arturo, I truly believe he has suffered for his actions and is dejected by the uncertainty of his and his family's future. At the same time he has shown God and the congregation profound repenment, and the wish to undertake from the transformation of his being, a work o charity and service to humanity, based on the values that are present in him today from his humbleness and love to God.

Yearning to always be an instrument of service for the individual, the family and society, I say goodbye to your Honor.

Sincerely,

Mario Naisipa Pastor
H&L Ministries



**HERITAGE AND LEGACY** MINISTRIES

**Honorable Juez Cecilia M. Altonaga**
**Juez del Tribunal de Distrito Sur de Florida, USA**
400 North Miami Ave., sala de tribunal 12-2
Miami, Florida 33128

Reciba un cordial y respetuoso saludo, deseando que Su Señoría y Su familia gocen de paz y salud.

Mi nombre es Mario G. Naisipa Martinez, pastor de la Iglesia Cristiana -**Heritage & Legacy Ministries**- en Miami, Florida. Vivo en Miami desde Diciembre de 2012. Tengo el honor de servir a Cristo desde 1992 y soy Ministro ordenado en Enero de 1998. Dios me ha dado la oportunidad de servirle en varias Iglesias de los Centros de Teoterapia Integral en diferentes regiones de Colombia y también como director nacional del Ecuador.

Su Señoria dirijo esta carta a usted con el propósito de dar testimonio acerca del señor Arturo Escobar, a quien conozco desde Octubre del año 2016. Fui contactado por una pastora ecuatoriana, quien me solicitó entrar en contacto con el señor Escobar para atenderle pastoralmente, pues éste se hayaba en una dificil situación personal y familiar aquí en los Estados Unidos. Inmediatamente le busqué e inicié un proceso de atención pastoral. Arturo puso en mi conocimiento el delito cometido y las consecuencias sociales, personales, matrimoniales que estaba sufriendo.

Su Señoría, durante el proceso de atención y con la guía de Dios, he comprobado que cuando el ser humano se acerca a Dios con un corazón arrepentido y humillado, y confiesa la verdad plena de sus delitos y errores, Dios inicia un proceso de restauración y transformación que comienza en lo profundo del corazón y se proyecta al entorno familiar y social. Dejando de ser parte del problema y comenzando a ser parte de la solución.

En este orden de ideas, hoy puedo dar fe que la transformación del señor Arturo Escobar, le ha permitido compartir su historia de vida ante la congregación con la firme convicción que "sólo Cristo hace a un hombre nuevo" y con la esperanza que al compartir su testimonio de vida, se prevenga a las futuras generaciones caer en los delitos y las consecuencias vividas por él.



**HERITAGE AND LEGACY** MINISTRIES

Su Señoría, también puedo dar la fe que el señor Arturo y su esposa están colaborando en la plantación de la Iglesia en Miami y en el futuro cercano, en otros condados. Como pastor de Arturo puedo resaltar los dones espirituales de maestro, administrador y ante todo, hoy veo a un hombre que teme a Dios y ama entrañablemente a su familia.

Su Señoría, estoy al tanto de los eventos relacionados con la declaración de culpabilidad del señor Arturo, realmente creo que ha sufrido  por sus acciones y está  abatido por la incertidumbre ante el futuro de su familia. A la vez que ha demostrado ante Dios y la congregación que atiendo, un genuino arrepentimiento, y deseo de emprender desde la transformación de su ser, un servicio a la humanidad basado en los valores que hoy se evidencian desde su humildad y amor a Dios.

Anhelando siempre ser instrumento al servicio del individuo, la familia y la sociedad, me despido de usted Su Señoría.

Con sinceridad,

Mario G. Naisipa

Pastor

H&L Ministries